UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL I. GOLDBERG, as Receiver
for W.L. Ware Enterprises and Investments,
Inc. d/b/a Ware Enterprises and Investments,
Inc., Ware Enterprises and Investments,
LLC, d/b/a W.L. Ware Enterprises and
Investments, LLC,

       Plaintiff.

CASE NO. 6:05-cv-1685-ORL-18-JGG

v.

TERESA PASAMONTE a/k/a
TERESA O. PASAMONTE,

       Defendant.

_____/

## FINAL SUMMARY JUDGMENT

THIS CAUSE came before the Court on Plaintiff's, MICHAEL I. GOLDBERG, as Receiver for W.L. Ware Enterprises and Investments, Inc., d/b/a Ware Enterprises and Investments, Inc., Ware Enterprises and Investments, LLC, d/b/a W.L. Ware Enterprises and Investments, LLC, Motion for Final Summary Judgment and Supporting Memorandum of Law (Dkt. No. 18; the "Motion") against Defendant, Teresa Pasamonte a/k/a Teresa O. Pasamonte, and the Defendant having not filed any affidavits or other documents opposing the Motion, and the Court having reviewed the file, heard the argument of counsel, and being otherwise fully advised in the premises:

**IT IS ORDERED AND ADJUDGED THAT:**

  1.  Plaintiff's Motion is **GRANTED**.

{O1098570;1}

2

2. A final summary judgment is hereby entered in favor of the Plaintiff against Defendant as to Counts I, II, and III of the Plaintiff's Verified Complaint.

3. Plaintiff shall have and recover from Defendant the principal amount of $342,077.94, plus taxable costs, for which sums let execution issue.

4. Plaintiff's address is 350 East Las Olas Blvd., Las Olas Centre II, Suite 1600, Ft. Lauderdale, FL 33301-2229.

**DONE AND ORDERED** in Orange County, Florida, this __6__ day of December, 2006.

_____
HONORABLE G. KENDALL SHARP
SENIOR U.S. DISTRICT COURT JUDGE

Copies:
Jill E. Kelso. Esq.
Akerman Senterfitt
PO Box 231
Orlando, FL 32802-0231

Brian A. McDowell, Esq.
Michael A. Sjuggerud, Esq.
Holland & Knight LLP
PO Box 1526
Orlando, FL 32802-1526

Teresa Pasamonte
4221 Anchorage St.
Oxnard, CA 93033

{01098570;1}